IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

v.  Case No. 5:19-cv-00140-KGB

**SHERI FLYNN, Reporting Office,**
**Arkansas Department of Correction**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Gary Leon Webster's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 18th day of February, 2020.

_____
Kristine G. Baker
United States District Judge